UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 4:11CR438 HEA |
| DEMETRIUS QUANTRELL HENDERSON, | ) | |
| Defendant. | ) | |

## **ORDER**

**IT IS HEREBY ORDERED** that due to the Superseding Information filed in this matter on December 21, 2011, the trial setting of February 6, 2012, is vacated.

Dated this 1st day of February, 2012.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE